**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| SJ MEDCONNECT, INC., | : | Case No. 3:26-cv-404 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman<br>Magistrate Judge Peter B. Silvain, Jr. |
| TY LEA GEBHARD, | : | |
| Defendant. | : | |

## NOTICE OF DEFICIENCY AND ORDER

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2). Plaintiff SJ Medconnect, Inc., doing business as Thalamus, has not filed a diversity disclosure statement as required by that Rule. Plaintiff is therefore **ORDERED** to file such a statement no later than **thirty days** from the date of this Order. A sample "Diversity of Citizenship Disclosure Statement" is available on the Court's website.[1]

**IT IS SO ORDERED.**

November 2, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

[1] https://www.ohsd.uscourts.gov/ohio-southern-district-forms